IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| SMILEDIRECTCLUB, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 20-583 (CFC) |
| | ) | |
| CANDID CARE CO., | ) | |
| | ) | |
| Defendant. | ) | |

**DEFENDANT CANDID CARE CO.'S MOTION TO DISMISS**
**PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Candid Care Co. ("Defendant" or "Candid") moves to dismiss Plaintiff SmileDirectClub, LLC's ("Plaintiff" or "SDC") Complaint for failure to state a claim upon which relief can be granted.

The grounds for this Motion are more fully set forth in Defendant Candid Care Co.'s Opening Brief in Support of Its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), filed contemporaneously herewith and incorporated by reference.

2

                MORRIS, NICHOLS, ARSHT & TUNNELL LLP

                */s/ Rodger D. Smith II*

                Rodger D. Smith II (#3778)
                1201 North Market Street
                P.O. Box 1347
                Wilmington, DE 19899
                (302) 658-9200
                rsmith@mnat.com

OF COUNSEL:             *Attorneys for Defendant Candid Care Co.*

Michael P. Sandonato
Sean M. McCarthy
VENABLE LLP
Rockefeller Center
1270 6th Avenue
New York, NY 10020
(212) 307-5500

Edmund J. Haughey
VENABLE LLP
600 Massachusetts Avenue, NW
Washington, DC 20001
(202) 344-4000

June 19, 2020

## CERTIFICATE OF SERVICE

I hereby certify that on June 19, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on June 19, 2020, upon the following in the manner indicated:

| | |
|---|---|
| Kevin M. Capuzzi<br>Noelle B. Torrice<br>BENESCH FRIEDLANDER COPLAN & ARONOFF<br>222 Delaware Avenue, Suite 801<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff SmileDirectClub, LLC* | *VIA ELECTRONIC MAIL* |
| Manish K. Mehta, Esquire<br>Suzanne M. Alton de Eraso, Esquire<br>Kalpesh K. Shah, Esquire<br>BENESCH FRIEDLANDER COPLAN & ARONOFF<br>71 South Wacker Drive, Suite 1600<br>Chicago, IL  60606<br>*Attorneys for Plaintiff SmileDirectClub, LLC* | *VIA ELECTRONIC MAIL* |
| Michael S. Weinstein, Esquire<br>BENESCH FRIEDLANDER COPLAN & ARONOFF<br>200 Public Square, Suite 2300<br>Cleveland, OH  44114<br>*Attorneys for Plaintiff SmileDirectClub, LLC* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)