IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

SMILEDIRECTCLUB, LLC,

                                    Plaintiff,

              v.                                        Civil Action No. 20-0583-CFC

CANDID CARE CO.,

                                    Defendant.

---

## **ORDER**

At Wilmington this Seventh day of December in 2020:

For the reasons set forth in the Memorandum Opinion issued this day, **IT IS**

**HEREBY ORDERED** that Defendant Candid Care Co.'s Motion to Dismiss

Pursuant to Federal Rule of Civil Procedure 12(b)(6) (D.I. 12) is **GRANTED**.

_____
UNITED STATES DISTRICT JUDGE