# United States Court of Appeals for the Federal Circuit

---

**SMILEDIRECTCLUB, LLC,**
*Plaintiff-Appellant*

**v.**

**CANDID CARE CO.,**
*Defendant-Appellee*

---

2021-1446

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00583-CFC, Judge Colm F. Connolly.

---

**MANDATE**

---

In accordance with the judgment of this Court, entered August 17, 2021, and pursuant to Rule 41 of the Federal Rules of Appellate Procedure, the formal mandate is hereby issued.

Costs are awarded to appellee Candid Care Co. in the amount of $32.64 and taxed against the appellant.

FOR THE COURT

September 23, 2021

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court