NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SMILEDIRECTCLUB, LLC,**
*Plaintiff-Appellant*

**v.**

**CANDID CARE CO.,**
*Defendant-Appellee*

---

2021-1446

---

Appeal from the United States District Court for the District of Delaware in No. 1:20-cv-00583-CFC, Judge Colm F. Connolly.

---

## JUDGMENT

---

SIMEON PAPACOSTAS, Benesch Friedlander Coplan & Aronoff, Chicago, IL, argued for plaintiff-appellant. Also represented by KALPESH SHAH.

MICHAEL P. SANDONATO, Venable LLP, New York, NY, argued for defendant-appellee. Also represented by JOSHUA DANIEL CALABRO; EDMUND JOHN HAUGHEY, III, Washington, DC.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, CLEVENGER, and TARANTO, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

August 17, 2021
Date

/s/ Peter R. Marksteiner
Peter R. Marksteiner
Clerk of Court